UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS-STEWART,

    Plaintiff,

    v.

VERGON MEDICAL COMPANY, et al.,

    Defendants.

Case No. C12-5206BHS

ORDER DIRECTING SERVICE BY CLERK

Plaintiff has been granted leave to proceed with this action in forma pauperis. The Court, having reviewed Plaintiff's complaint, does hereby ORDER as follows:

### 1. Service by Clerk

The clerk is directed to send the following to Defendants by first class mail: a copy of Plaintiff's complaint, a copy of this order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.

### 2. Response Required

Defendants shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. A defendant who timely returns a signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the amended complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

ORDER – 1

A defendant who fails to timely return a signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2). A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

### 3. Filing and Service by Parties, Generally

All original documents and papers submitted for consideration by the Court in this case are to be filed with the Clerk of this Court. The papers shall be accompanied by proof that such documents have been served upon all parties that have entered a notice of appearance in the underlying matter.

### 4. Motions

Regarding the filing of motions before the Court, the parties are directed to review Local Rule CR 7 in its entirety. A few important points are highlighted below:

Any request for Court action shall be set forth in a motion, properly filed and served. Pursuant to amended Local Rule CR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar.

### 5. Direct Communications with District Judge

No direct communication is to take place with the District Judge with regard to this case. All relevant information and papers are to be directed to the clerk.

DATED this 25th day of April, 2012.

BENJAMIN H. SETTLE  
United States District Judge

ORDER – 2